FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2018 AUG 16 PM 3:37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. |
| | ) 2:18-CV-563-FtM-29CM |
| KEVIN M. FLEISHMAN, | ) |
| | ) |
| Respondent. | ) |

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, states as follows:

1. This is a proceeding brought pursuant to 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an Internal Revenue Service summons.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 as well as 26 U.S.C. §§ 7402(b) and 7604(a).

3. Kevin Willis is a Revenue Agent of the Internal Revenue Service, employed in the Large Business and International Compliance section of the Office of the Area Director of Internal Revenue Service at Mesa, Arizona. Revenue Agent Willis is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treasury Regulations § 301.7602-1, 26 C.F.R. § 301.7602-1.

4. Kevin M. Fleishman ("Respondent") resides or is found at 1323 Chalon Lane, Fort Myers, FL 33919, within the jurisdiction of this court.

5. Revenue Agent Willis is conducting an investigation into the tax liability of

Respondent for the taxable periods ending on December 31, 2015 and December 31, 2016. *See* Exhibit 1 ¶¶ 2, 9; Declaration of Revenue Agent Kevin Willis.

6. Respondent is in possession and control of testimony and other documents concerning the above-described investigation.

7. On March 13, 2018, an Internal Revenue Service summons (the "Summons") was issued by Agent Willis directing Respondent to appear before Agent Willis on April 16, 2018, at 10:00 A.M. at 4210 Metro Parkway, Suite 105, Fort Myers, FL 33916, to testify and to produce books, records, and other data described in the Summons. An attested copy of the Summons was left at the last and usual place of abode of the Respondent by Revenue Agent Patrick Shanahan, on March 20, 2018. The Summons is attached and incorporated as Exhibit 2.

8. On April 16, 2018, the Respondent did not appear in response to the Summons. The Respondent's refusal to comply with the Summons continues to date.

9. The books, papers, records, or other data sought by the Summons are not already in the possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Code for the issuance of a Summons have been taken.

11. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the Summons in order to properly investigate the Federal tax liability of Respondent for the taxable periods ending on December 31, 2015 and December 31, 2016. *See* Exhibit 1.

WHEREFORE, the Petitioner respectfully prays:

1. That this Court enter an order directing the Respondent to show cause, if any, why

Respondent should not comply with and obey the Summons and each and every requirement thereof.

2. That the Court enter an order directing the Respondent to obey the Summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the Summons before Agent Willis or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Agent Willis, or any other proper officer or employee of the Internal Revenue Service.

3. That the United States recover its costs in maintaining this action.

4. That the Court grant such other and further relief as is just and proper.

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ David P. Sullivan
DAVID P. SULLIVAN
Assistant United States Attorney
Florida Bar No. 0111166
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
Email: David.Sullivan3@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| KEVIN M. FLEISHMAN | ) |
| | ) |
| Respondent. | ) |

**DECLARATION**

Kevin Willis declares:

1. I am a duly commissioned Revenue Agent employed in Large Business and International Compliance, Office of the Area Director of Internal Revenue Service at Mesa, Arizona.

2. In my capacity as a Revenue Agent, I am conducting an investigation into tax liabilities of Kevin M. Fleishman, for the years 2015 and 2016, inclusive.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26 U.S.C., I issued on March 13, 2018 an Internal Revenue Service summons to Kevin M. Fleishman, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.

4. In accordance with section 7603 of Title 26 U.S.C., on March 20, 2018, Revenue Agent Patrick Shanahan served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on Kevin M. Fleishman, by delivering a copy of the summons to Lisa J. Fleishman, wife of the respondent.

5. On April 16, 2018, the respondent, Kevin M. Fleishman did not appear in response to the summons.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. As of the date that the summons was issued and served, and as of the day I signed this declaration, no recommendation for criminal prosecution of Kevin M. Fleishman has been made by the IRS to the United States Department of Justice. In addition, no Department of Justice referral, as described in 26 U.S.C. §7602(d), is in effect with respect to Kevin M. Fleishman.

9. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons to properly investigate the collection of the Federal tax liabilities of Kevin M. Fleishman, for the years 2015 and 2016, inclusive.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June, 2018.

*[signature: Kevin Willis]*

KEVIN WILLIS
Revenue Agent
Internal Revenue Service
1818 E. Southern Avenue
Mesa, Arizona 85204
Telephone: (480)503-7259

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>KEVIN M. FLEISHMAN, )<br>)<br>    Respondent. ) | Case No.<br>2:18-CV-563-FtM-29CM |

### ORDER TO SHOW CAUSE

Upon the petition, the Exhibit(s) attached thereto, the declaration of Revenue Agent Kevin Willis of the Internal Revenue Service, and upon the motion of Honorable Maria Chapa Lopez, United States Attorney for the Middle District of Florida, it is

ORDERED that respondent, Kevin M. Fleishman, appear before the United States District Court for the Middle District of Florida presided over by the undersigned, in their courtroom in the United States Courthouse at 2110 First Street in Fort Myers, Florida on the _____ day of _____, 2018, at _____, to show cause why respondent should not be compelled to obey the Internal Revenue Service summons served upon respondent on March 20, 2018. It is further

ORDERED that a copy of this Order, together with the petition and Exhibit(s) thereto, be personally served on Kevin M. Fleishman, by an official of the Internal Revenue Service within thirty (30) days of the date of this Order. It is further

ORDERED within 5 days of service of copies of this Order, the petition and Exhibit(s), the respondent shall file and serve a written response to the petition supported by appropriate affidavits, as well as any motions the respondent desires to make. All motions

RECEIVED
2018 AUG 16  PM 3:38
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered at the return of this Order. Any uncontested allegation(s) in the petition shall be considered admitted.

    Entered this ___ day of _____, 2018.

                                   _____
                                   CAROL MIRANDO
                                   UNITED STATES MAGISTRATE JUDGE

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Kevin M. Fleishman

**(b)** County of Residence of First Listed Plaintiff  _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Lee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David P. Sullivan, Assistant United States Attorney, 2110 First Street, Suite 3-137, Fort Myers, FL 33901

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act |  | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property |  | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7604(b)
Brief description of cause:
IRS Summons Enforcement Action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER _____

DATE  8/16/18
SIGNATURE OF ATTORNEY OF RECORD  /s/

**FOR OFFICE USE ONLY**
RECEIPT #  W
AMOUNT _____
APPLYING IFP _____
JUDGE _____
MAG. JUDGE _____

2:18-cv-563-FtM-29CM

*RECEIVED U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA  PM 3:38*